UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*__Electronically filed__*

| | | |
|---|---|---|
| MALISSA REGAN | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. 5:19-cv-00067-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that the within action should be dismissed without prejudice.

<u>HAVE SEEN; AGREED</u>:

MEHR, FAIRBANKS & PETERSON
    TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
elizabeth@austinmehr.com

BY:   <u>/s/ Elizabeth A. Thornsbury (w/permission)</u>
      ELIZABETH A. THORNSBURY
      M. AUSTIN MEHR
ATTORNEYS FOR PLAINTIFF

McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
(859) 231-8780
samato@mcbrayerfirm.com

BY:   <u>/s/ Stephen G. Amato</u>
      STEPHEN G. AMATO
ATTORNEYS FOR DEFENDANT