UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MALISSA REGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-067-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The parties have filed a stipulation that this action should be dismissed without prejudice. [Record No. 6] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The plaintiff's claims are **DISMISSED**, without prejudice.

2. This matter is **DISMISSED** and **STRICKEN** from the docket.

Dated: April 12, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge